**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 260 EAST FLAMINGO ROAD, UNIT NO. 205 [ALSO KNOWN AS UNIT NO. 233], LAS VEGAS, NEVADA, 89169 MORE PARTICULARLY DESCRIBED AS:<br><br>PARCEL I:<br><br>UNIT TWO HUNDRED THIRTY-THREE (233) ("UNIT") IN BUILDING FOUR (4) ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 0001551 IN BOOK 20050601 OFFICIAL RECORDS, CLARK COUNTY NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION")<br><br>PARCEL II:<br><br>TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON | 2:15-CV-350 |

| | |
|---|---|
| ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION. | ) ) ) ) |
| PARCEL III: | ) ) |
| TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION. | ) ) ) ) ) ) ) |
| PARCEL IV: | ) ) |
| TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION. APN: 162-16-810-479. | ) ) ) ) ) ) ) ) ) |
| Defendant. | ) |

**ORDER FOR SERVICE AND PUBLICATION OF NOTICE**

A Complaint for Forfeiture in Rem has been filed herein by the United States of America ("United States"). Pursuant to 18 U.S.C. § 985(c)(1), the government shall initiate a civil forfeiture action against real property by filing a complaint for forfeiture; posting a notice of the complaint on the property; and serving notice on the property owner, along with a copy of the complaint.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the United States post the Complaint for Forfeiture In Rem ("Complaint"), the Order for Service and Publication of Notice ("Order"), and the Notice of Complaint for Forfeiture ("Notice") on the defendant real property.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States serve the Complaint, the Order, and the Notice on the real property owner.

. . .

2

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action be given by the United States on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to 18 U.S.C. § 985 and Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Action ("Fed. R. Civ. P. Supp. Rule") G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Complaint, the Order, and the Notice be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on the facts known to the United States before the end of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific interest in the property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim;

. . .

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on Michael A. Humphreys, Assistant United States Attorney, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED: __April 9____, 2015.

C.W. Hoffman, Jr.
United States Magistrate Judge