Aleem A. Dhalla, Bar No. 14188
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: adhalla@swlaw.com

David L. McGee
(*Admited Pro Hac Vice*)
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Telephone: 850-432-2451
Facsimilie: 850-469-3331
Email: dlm@beggslane.com
*Attorneys for Claimant Charles Burton Ritchie*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:15-CV-350-APG-BNW |
| Plaintiff, | **Fourteenth Status Report Jointly Filed** |
| v. | |
| REAL PROPERTY LOCATED AT 260 EAST FLAMINGO ROAD, UNIT NO. 205 [ALSO KNOWN AS UNIT NO. 233], LAS VEGAS, NEVADA 89169 MORE PARTICULARLY DESCRIBED AS: | |

PARCEL I:

UNIT TWO HUNDRED THIRTY-THREE (233) ("UNIT") IN BUILDING FOUR (4) ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 0001551 IN BOOK 20050601 OFFICIAL RECORDS, CLARK COUNTY NEVADA

("THE MERIDIAN AT HUGHES CENTER DECLARATION")

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL III:

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 162-16-810-479,

          Defendant.

In compliance with this Court's Order dated July 6, 2021 (ECF No. 59), the counsel for Charles Burton Ritchie (Ritchie) and the government jointly submit the following status report.

**BACKGROUND**

On February 27, 2015, the United States filed a civil action seeking the forfeiture of the named real-property defendant.

/ / /

Previously, on January 18, 2013 (docketed as 2:13-CV-00100-JCM-EJY), and May 29, 2013 (docketed as 2:13-CV-00947-JCM-EJY), the United States had filed two forfeiture civil actions seeking the forfeiture of numerous monetary and personal property assets, including currency seized from the accounts of various financial institutions and several automobiles because those assets were deemed to be proceeds of illicit drug trafficking and money laundering activities orchestrated by Ritchie and his conspirators. Since those civil filings, Ritchie and his conspirators were federally indicted, in this district, for multiple violations of criminal laws, primarily 21 U.S.C. § 841 (docketed as *United States v. Ritchie, et. al.,* 2:15-CR-00285-APG-EJY).

Ritchie is the principal claimant in the above-captioned civil forfeiture action and is also the principal criminal defendant named in the indictment. In addition to identical litigants, the criminal and civil cases involve the same principal issue (to wit: alleged unlawful drug trafficking). Specifically, both the forfeiture complaint and the criminal indictment allege that Ritchie and his confederates trafficked in wholesale quantities of "spice," an analogue controlled substance. Both the complaint and the indictment further allege that Ritchie and his allies earned millions, if not tens of millions, of dollars in illegal revenues derived from 'spice' sales.

**UPDATE**

The criminal trial for the District of Nevada concluded July 8, 2019, where Ritchie and Galecki were found guilty of multiple counts, ECF Nos. 439, 449. The Court entered a forfeiture order, ECF No. 455, that included forfeiture of the above property. The case from the Eastern District of Virginia was transferred to the District of Nevada where Ritchie and Galecki plead guilty to a count in the Virginia Information, ECF Nos. 544, 545. The case from the Southern District of Alabama was transferred to the District of Nevada where Ritchie and Galecki plead guilty to a count in the Alabama Indictment, ECF Nos. 527, 536. The two defendants' changes of plea to both indictments were held September 9, 2020, and the defendants were sentenced for all three cases, ECF No. 588. The Government seeks a

/ / /

continuation of the above-captioned civil forfeiture action until the conclusion of Ritchie's criminal case.

Galecki filed an appeal on September 16, 2020, ECF No. 594, and Ritchie filed an appeal on September 20, 2020, ECF No. 605. The appeals were consolidated under case number 20-10288. Ritchie and Galecki each submitted an Opening Brief on April 14, 2021. The consolidated Answering Brief was filed August 11, 2021. The Reply Brief was filed October 4, 2021. The appeal is pending.

In addition, all of the defendant assets in the two consolidated civil cases and the named real-property defendant have been included in the forfeiture allegations of the indictment and Amended Bill of Particulars in *United States v. Ritchie, et. al.,* 2:15-CR-00285-APG-EJY. If forfeiture is completed on the asset specified in this civil forfeiture action as a consequence of the criminal prosecution, continuation of this civil forfeiture will be unnecessary, likely resulting in a voluntary dismissal of this case by the Government. In any event, it will be most efficient and expedient for this Court and the parties to continue to stay the above-captioned civil forfeiture action pending the outcome of the criminal case. The government agreed to this Fourteenth Status Report Jointly Filed.

DATED: December 16, 2021.

Respectfully submitted,

SNELL & WILMER L.L.P,

**Order**

IT IS ORDERED that an additional status report is due on June 17, 2022.

IT IS SO ORDERED
DATED: 9:27 am, December 17, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

*/s/ Aleem A. Dhalla*
Aleem A. Dhalla, Bar No. 14188
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: adhalla@swlaw.com

David L. McGee
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Telephone: 850-432-2451
Facsimilie: 850-469-3331
Email: dlm@beggslane.com

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 16, 2021

/s/ D'Andrea Dunn
An Employee of Snell & Wilmer L.L.P.

4885-3188-5062